no f.f.
no ifp

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
JERMALL E. JOHNSON MO2755
SCI ROCKVIEW, BOX A
BELLEFONTE, PA 16823

1:16-CV-218

v.

Full name, title, and business address of each defendant in this action:
1. OFFICER STEVEN DELUCA
ERIE POLICE DEPARTMENT
ERIE PA 16501

2. ERIE POLICE DEPARTMENT
ERIE POLICE DEPARTMENT
ERIE PA 16501

Use additional sheets, if necessary
Number each defendant.

**RECEIVED**

AUG 29 2016

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? SCI ROCKVIEW

What sentence are you serving? 19 YEARS TO 38 YEARS

What court imposed the sentence? ERIE COUNTY COURTS

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs JERMALL E. JOHNSON

Defendants OFFICERS DELUCA, SOROKES, AND EDMONDS

2. Court (if federal court, name the district; if state court, name the county) and docket number
WESTERN DISTRICT   1:15-CV-24   ERIE

THE THIRD DEFENDANT IN THIS CASE BEFORE US.

3. DISTRICT ATTORNEY'S OFFICE
140 W. 6TH ST
ERIE PA 16501

3. Name of judge to whom case was assigned: SUSAN PARADISE BAXTER

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
PENDING ON APPEAL BEFORE THE ~~SUPERIOR~~ SUPREME COURT OF PENNSYLVANIA

5. Approximate date of filing lawsuit JANUARY, 2015

6. Approximate date of disposition PENDING

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

Where?_____
When?_____
Result:_____

III. What federal law do you claim was violated? §242. DEPRIVATION OF RIGHTS UNDER COLOR OF LAW.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: SEPTEMBER 14, 2014

B. Place of event: ERIE, PA

C. Persons involved--name each person and tell what that person did to you: OFFICER STEVEN DELUCA, RACIALLY PROFILED ME, AND HARRASSED ME, ~~AND~~ ALSO ASSAULTED ME; ERIE POLICE DEPARTMENT HAS YET TO CORRECT THESE VIOLATIONS; DISTRICT ATTORNEY'S OFFICE WRONGFULLY LET WITNESSES TESTIFY AGAINST THE PLAINTIFF IN VIOLATION OF HIS CONSTITUTIONAL RIGHTS

_____
_____
_____
_____
_____
_____

V.  Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? _____ NO _____

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes ( )  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No ( )

C. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not: _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( )  No ( )

F. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

FINANCIAL COMPENSATION AND TO BE APPROPIATELY SANCTIONED

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

AUGUST 22, 2016[Signature]
(Date)(Signature of Plaintiff)